# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| DARWIN CASTRO MATUTE, | ) | No. ED CV 15-894-RSWL (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KIM HOLLAND, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 11-30-2015

s/ RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE